F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHRISTINE THOMA,

              Plaintiff,

  -against-

THE FOX LONG TERM DISABILITY PLAN
AND THE LIFE INSURANCE COMPANY OF
NORTH AMERICA,

              Defendants.
----------------------------------------------------------X

Civil Action No.: 17-CV-4389
(RWS)(HBP)

**NOTICE OF FILING
ADMINISTRATIVE
RECORD**

Pursuant to the Order dated May 17, 2018 of the Honorable Robert W. Sweet, a copy of which is annexed hereto, kindly accept for filing in hard copy the following:

1. Disc containing the Administrative record, consisting of the claim file maintained by the Life Insurance Company of North America ("LINA"), LINA's responses to plaintiff's discovery requests and photographs added to the claim file at the request of plaintiff's counsel.

2. Discs containing the footage of the surveillance videos contained in the claim file.

Dated: New York, New York
       May 21, 2018

                                  Respectfully submitted,

                                  Kevin G. Horbatiuk, Esq.
                                  RUSSO & TONER, LLP
                                  Attorneys for Defendants
                                  **LIFE INSURANCE COMPANY OF NORTH
                                  AMERICA and FOX LONG TERM
                                  DISABILITY PLAN**
                                  33 Whitehall St., 16th Floor
                                  New York, New York 10004
                                  R&T File No.: 820.379
                                  (212) 482-0001

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the **NOTICE OF FILING ADMINISTRATIVE RECORD** has been served upon the following listed person(s) by placing a copy of the same in the United States Mail, postage prepared and properly addressed, this 21 day of May, 2018

To:    **LAW OFFICES OF MARK SCHERZER**
A. Christopher Wieber, Esq.
Attorneys for Plaintiff
49 Nassau Street, 4th Floor
New York, New York 10038
(212) 406-9606
markscherzerlaw@verizon.net

_____
**KEVIN G. HORBATIUK**